UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOUAYAD SHAMMAMI,

       Plaintiff,

                              Case No. 11-12015

v.

                              Honorable Patrick J. Duggan

ALFRED ALLOS, STUART BURCHARD,
and BROAD STREET SECURITIES, INC.,

       Defendants.
_____/

## DEFAULT JUDGMENT

On May 6, 2011, Mouayad Shammami ("Plaintiff") filed this suit against Alfred Allos, Stuart Burchard, and Broad Street Securities, Inc. ("Broad Street") to recover damages for allegedly wrongful trading of securities in his investment accounts. Broad Street waived service on May 24, 2011, but has failed to appear and defend this action. Upon Plaintiff's request, the Clerk of the Court entered a default against Broad Street on September 2, 2011. Plaintiff filed a motion for default judgment against Broad Street pursuant to Federal Rule of Civil Procedure 55 and has submitted affidavits in support of this motion. Plaintiff seeks a default judgment in the amount of $208,922.60. This amount represents trading losses of $208,572.60 and costs of $350.00. The Court has reviewed the motion and the pleadings previously filed in this matter, and concludes that the motion should be granted.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that **JUDGMENT** is

entered in favor of Plaintiff and against Defendant Broad Street Securities, Inc. in the amount of $208,922.60.

Dated: October 11, 2011                    s/PATRICK J. DUGGAN
                                           UNITED STATES DISTRICT JUDGE

Copies to:

Donald D. Sullivan, Esq.
John F. Brennan, Esq.

Broad Street Securities, Inc.
2030 Vallejo Street, #1001
San Francisco, CA 94123

Stuart Burchard
2030 Vallejo Street, #1001
San Francisco, CA 94123